**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Moose Enterprise Pty Ltd.; and The Licensing Shop Inc.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080777 | $98,362.63 | 10/30/2019 | HRSH17 SHOPKINS US Q3'19 | 10/1/2019 | $98,362.63 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080204 | $30,000.00 | 9/20/2019 | HRTX18-ADVANCE FOR TREASUREX | 8/6/2019 | $30,000.00 |
| **Totals:** | **2 transfer(s),** | **$128,362.63** | | | | | |

Moose Enterprise Pty Ltd.; and The Licensing Shop Inc. (2266191)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1